**Betty COLAR, Plaintiff–Appellant,**

v.

**WINN–DIXIE MONTGOMERY, INCORPORATED, Defendant–Appellee.**

No. 11–30103
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

June 15, 2011.

Willie Gene Johnson, Jr., Esq., Attorney, Seale, Smith, Zuber & Barnette, Baton Rouge, LA, for Plaintiff–Appellant.

Mary Grace Erlingson, Esq., Judson G. Banks, Crawford Lewis, P.L.L.C., Baton Rouge, LA, for Defendant–Appellee.

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

This is a common slip-and-fall diversity claim regarding an accident at a grocery store. The district court entered summary judgment for the store.

We have reviewed the briefs and pertinent portions of the record and have consulted the applicable law. There is no error. The district court properly concluded as follows: "Plaintiff has put forth no evidence that Winn Dixie had actual or constructive notice of the substance on the floor prior to plaintiff's fall. Similarly, plaintiff has not established that Winn Dixie failed to exercise reasonable care."

The summary judgment is AFFIRMED, essentially for the reasons set forth by the district court in its Ruling dated January 26, 2011.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.